UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

Glenny G. Hernandez

4:CV-22-1860

CIVIL CASE NO: _____
(to be supplied by Clerk
of the District Court)

(Enter above the full name of
plaintiff in this action)

v.

Wagonshed

FILED
SCRANTON
NOV 22 2022
PER _____
DEPU. CLERK

(Enter above the full name of
the defendant(s) in this action)

## COMPLAINT

1. The plaintiff __Glenny G. Hernandez__ a citizen of the County of __Northumberland__ State of Pennsylvania, residing at __396 Carroll Rd., Sunbury, PA 17801__

wishes to file a complaint under __29 CFR § 791.2 - Determining Joint Employer Status under the FLSA__
(give Title No. etc.)

2. The defendant is __Wagonshed__

__850 Railroad St., Bloomsburg, PA 17815__

3. STATEMENT OF CLAIM: (State below the facts of your case. If you have paper exhibits that give further information of your case, attach them to this completed form. Use as much space as you need. Attach extra sheet(s) if necessary) _____

3. (CONTINUED) __The plaintiff claims that a worker of the establishment__

known as the Wagonshed, violated Federal Labor Regulation;

Under the proposed rule, two or more employers would be considered joint employers if they "share or codetermine those matters governing employees' essential terms and conditions of employment.

Specifically, the worker of 2 different, individual non-joint employers, acted as an employee of both employers who are not joint-employers and made decisions on behalf of both of those employers, while performing work as an employee for one of those employers;

The Labor regulation violation created entrapment, resulting in a false arrest and wrongful conviction on the plaintiff. Pennsylvania Statutes Title 18 Pa C.S.A. Crimes and Offenses Section 313.

4. WHEREFORE, plaintiff prays that the court award to the plaintiff Removal of citation # R2785693-1, plus financial restitution (Miranda Rights were not read prior to arrest) Punitive Damages stated in the Demand due to not being able to pass a background check for work in the field of my training and expertise and the type of benefits associated with this type of employment, such as Company Car, Company Credit Card, Company Phones, Company Computers, Bonuses equivalent to salary, expenses, travel and the associations that come along with this prestigious industry.

_____
(Signature of Plaintiff)

I verify that the statements made in this Counter-Affidavit are true and correct. I understand that false statements herein are made subject to the penalties of 18 Pa.C.S. §4904 relating to unsworn falsification to authorities.

Date: __11-22-22__

_____
GLENNY GERARDO HERNANDEZ

**COMMONWEALTH OF PENNSYLVANIA**
**COUNTY OF Columbia, Pennsylvania**

**CIVIL COMPLAINT**

2021-CV-829

Mag. Dist. No:
MDJ Name: Honorable Thomas A. James, Jr.
Address: 35 West Main Street
Bloomsburg, PA 17815
Telephone: (570) 389-5667

PLAINTIFF: NAME and ADDRESS
Glenny Gerardo Hernandez
208 W. 1st Street
Bloomsburg, PA 17815
(610) 420-8443

v.

DEFENDANT: NAME and ADDRESS
WagonShed
85 Railroad Street
Bloomsburg, PA 17815
(570) 784-9999

Docket No:
Case Filed:

FILED PROTHONOTARY
2021 AUG 23 P 2: 5
CLERK OF COURTS
COUNTY OF COLUMBIA

| | AMOUNT | DATE PAID |
|---|---|---|
| FILING COSTS | $ | |
| POSTAGE | $ | |
| SERVICE COSTS | $ | |
| CONSTABLE ED. | $ | |
| TOTAL | $ | |

Pa.R.C.P.M.D.J. No. 206 sets forth those costs recoverable by the prevailing party.

To The Defendant: The above named plaintiff(s) asks judgment against you for $ 300,000.00 together with costs upon the following claim (Civil fines must include citation of the statute or ordinance violated):

The plaintiff claims that a worker of the establishment known as the Wagonshed, violated Federal Labor Regulation; Specifically, the worker of 2 different, individual non-joint employers, acted as an employee of both employers who are not joint-employers and made decisions on behalf of both of those employers, while performing work as an employee for one of those employers; See: *The Four Factor Balancing Test in the Joint Employer Final Rule.*

The Labor regulation violation created entrapment, resulting in a false arrest and wrongful conviction on the plaintiff. Pennsylvania Statutes Title 18 Pa C.S.A. Crimes and Offenses S 313.

This violation resulted in a civil rights violation. The plaintiff seeks compensatory and punitive damages for losses resulting from the false arrest and wrongful conviction. See; Federal Civil Rights Act of 1964.

I, _____ Glen Hernandez _____ verify that the facts set forth in this complaint are true and correct to the best of my knowledge, information, and belief. This statement is made subject to the penalties of Section 4904 of the Crimes Code (18 PA. C.S. § 4904) related to unsworn falsification to authorities.

I certify that this filing complies with the provisions of the Case Records Public Access Policy of the Unified Judicial System of Pennsylvania that require filing confidential information and documents differently than non-confidential information and documents.

_____
(Signature of Plaintiff or Authorized Agent)

The plaintiff's attorney shall file an entry of appearance with the magisterial district court pursuant to Pa.R.C.P.M.D.J. 207.1

If you intend to enter a defense to this complaint, you should notify this office immediately at the above telephone number. You must appear at the hearing and present your defense. Unless you do, judgment may be entered against you by default.

If you have a claim against the plaintiff which is within the magisterial district judge jurisdiction and which you intend to assert at the hearing, you must file it on a complaint form at this office at least five days before the date set for the hearing.

If you are disabled and require a reasonable accommodation to gain access to the Magisterial District Court and its services, please contact the Magisterial District Court at the above address or telephone number. We are unable to provide transportation.

AOPC 308A                           1                           FREE INTERPRETER
                                                                www.pacourts.us/language-rights

Exhibit